HENRY C. QUIMBY, Respondent, *v*. EDMUND K. STALLO, Appellant.

Reported below, 168 App. Div. ——.
(Submitted May 31, 1915; decided June 8, 1915.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 10, 1915, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action to recover upon an account stated.

The motion was made upon the ground that the affirmance by the Appellate Division was unanimous and the exceptions frivolous.

*George E. Joseph* for motion.

*Charles Haldane* opposed.

Motion denied, with ten dollars costs.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE TOWN OF HEMPSTEAD et al., Respondents, *v*. STATE BOARD OF TAX COMMISSIONERS et al., Respondents.

TOWN OF OYSTER BAY et al., Intervenors, Appellants.

(Submitted May 24, 1915; decided June 8, 1915.)

MOTION to amend remittitur. (See 214 N. Y. 594.)

Motion granted and remittitur amended by adding after the words "in this court in favor of appellants" the words "the costs including disbursements therein provided shall abide the final determination of the proceeding and the amount of services and expenses of counsel in the proceedings shall be in all things subject to future order in the proceedings."